Kim SMITH, Appellant

v.

PA. BOARD OF PROBATION AND PA-
ROLE, State Correctional Institution
Coal Township, State Correctional In-
stitution Smithfield, Department of
Corrections, Appellees.

Supreme Court of Pennsylvania.

Oct. 31, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of October, 2003, the order of the Commonwealth Court is hereby affirmed.